

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ALBERTO CARMONA GOMEZ, | § | No. 08-16-00272-CR |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | 109th District Court |
| | § | |
| THE STATE OF TEXAS, | | of Crane County, Texas |
| | § | |
| Appellee. | | (TC # 1751) |
| | § | |

## **MEMORANDUM OPINION**

Alberto Carmona Gomez attempts to appeal his conviction of assault on a public servant. Appellant waived his right to a jury and entered a negotiated guilty plea. The trial court followed the plea bargain and assessed Appellant's punishment in accordance with the plea agreement at a fine of $1,500 and imprisonment for a term of three years, probated for three years. We dismiss the appeal because the trial court's certification reflects that Appellant has no right to appeal and he waived his right to appeal.

An appeal must be dismissed unless a trial court's certification showing that the defendant has the right of appeal has been made part of the record. TEX.R.APP.P. 25.2(d). The trial court that Appellant does not have a right to appeal for two reasons. First, the certification states that this "is a plea bargain case, and the defendant has NO right of appeal." Second, the court certified that "the defendant has waived the right of appeal." We notified Appellant's counsel regarding

the trial court's certification and asked him to file a response. Counsel has not filed any response. We have reviewed the record and find that it reflects this is a plea bargain case and the trial court followed the plea bargain. Consequently, Appellant's right to appeal is limited to rulings on pre-trial motions or if he obtains permission to appeal. *See* TEX.R.APP.P. 25.2(a)(2). The record does not include any pre-trial motions or rulings on such motions, and the record does now show that the trial court granted Appellant permission to appeal. The record also supports the trial court's certification that Appellant waived his right to appeal. As a result, we are required to dismiss the appeal. *See* TEX.R.APP.P. 25.2(d); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex.Crim.App. 2006). The appeal is dismissed.

March 14, 2017
                                    ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.

(Do Not Publish)